LOUIS F. ROTHSCHILD et al., Copartners Doing Business under the Name of L. F. ROTHSCHILD & Co., v. IDA CLAWANS et al.— Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante,* p. 224.]

INDUSTRIAL BANK OF COMMERCE, Appellant, v. PACKARD YONKERS CORP., Respondent, et al., Defendants.— Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante,* p. 125.]

In the Matter of the Liquidation of PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK. In the Matter of AUGUSTA EMIL et al., Appellants, against ALFRED J. BOHLINGER, as Superintendent of Insurance for the State of New York, et al., Respondents.— No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

FIRE ASSOCIATION OF PHILADELPHIA v. GENERAL HANDKERCHIEF CORP.— Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante,* p. 639.]

## SECOND DEPARTMENT, JANUARY, 1952.

### (January 7, 1952.)

JOHN BISBANO et al., Appellants, v. 42–20 RESTAURANT CORP. et al., Respondents.— Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See *post,* p. 806.]

SANFORD R. COWAN et al., Respondents, v. RESIDENTIAL BUILDERS OF RUSSELL GARDENS, INC., Appellant.— Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *ante,* p. 747.]

VILLAGE OF GREAT NECK ESTATES, Appellant, v. ROBERT J. ROSE, Respondent, et al., Defendants.— Present — Nolan, P. J., Carswell, Adel, MacCrate and Schmidt, JJ. [See *ante,* p. 671.]